Case 1:13-cv-04281-RPP   Document 23   Filed 05/15/14   Page 1 of 2
04/21/2014 12:05 FAX  5162944019      LawOfficesOfNeilMoldovan         ☐ 008/009
Case 1:13-cv-04281-RPP   Document 22   Filed 04/21/14   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VANDOULAKIS D/B/A YOUR WAY
PRODUCE TRUCKING AND
YOUR WAY TRUCKING,

         Plaintiffs,

  -against-

LANSKY'S OPERATING CORPORATION
D/B/A LANSKY'S, 185 COLUMBUS
OPERATING CORP. D/B/A JALAPENO,
BOMBOLONI CAFÉ, AND
DAVID RUGGERIO, INDIVIDUALLY,

         Defendants.
------------------------------------------------------------x

Case No: 1:13-CV-04281 (RPP)

STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that WILSON HARVEY BROWNDORF, LLP hereby is substituted in place and in stead of ATTARD & ASSOCIATES as counsel of record for Plaintiffs VANDOULAKIS D/B/A YOUR WAY PRODUCE TRUCKING AND YOUR WAY TRUCKING in the above-captioned action.

  PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
    April 16, 2014

ATTARD & ASSOCIATES

_____
CYNTHIA ATTARD, ESQ.
475 Main Street, Suite 1F

WILSON HARVEY BROWNDORF, LLP

_____
AARTI A. SHAH, ESQ.
77 Water Street, 8th Floor

| | |
|---|---|
| Farmingdale, NY 11735 | New York, NY 10005 |
| Tel: (516) 586-8534 | Tel: (917) 267-2381 |
| Fax: (516) 586-8536 | Fax: (646) 413-3205 |
| E-mail: cynattard77@gmail.com | E-mail: ashah@whbllp.com |
| | |
| *Outgoing Attorneys for* | *Incoming Attorneys for* |
| *Plaintiffs* VANDOULAKIS D/B/A | *Plaintiffs* VANDOULAKIS D/B/A |
| YOUR WAY PRODUCE TRUCKING | YOUR WAY PRODUCE TRUCKING |
| AND | AND |
| YOUR WAY TRUCKING | YOUR WAY TRUCKING |

SO ORDERED:

*[signature]*

HON. ROBERT P. PATTERSON

5/15/14